# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

138129

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GREAT LAKES SOCIETY,
        Plaintiff-Appellant,

v

        SC: 138129
        COA: 270031
        Ottawa CC: 03-045966-AA;
        05-051308-AA

GEORGETOWN CHARTER TOWNSHIP,
GEORGETOWN TOWNSHIP ZONING
ADMINISTRATOR, and GEORGETOWN
TOWNSHIP ZONING BOARD OF APPEALS,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the October 30, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

p1116